**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6689**

UNITED STATES OF AMERICA,

                   Plaintiff - Appellee,

          v.

GRADY LASSITER, JR.,

                   Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:01-cr-00154-HCM)

Submitted:  June 26, 2008               Decided:  July 3, 2008

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Grady Lassiter, Jr., Appellant Pro Se.  Raymond Edward Patricco, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Grady Lassiter, Jr., appeals the district court's order denying his motion for modification or reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Lassiter, No. 2:01-cr-00154-HCM (E.D. Va. filed Apr. 1, 2008; entered Apr. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED